# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

147652-3(16)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

EDWARD J. PITTMAN,
           Plaintiff-Appellee,

v

ROTHENBERGER COMPANY, INC. and
AMERISURE MUTUAL INSURANCE
COMPANY,
           Defendants-Appellants.

SC: 147652-3
COA: 312732, 313593
MCAC: 12-000015

_____/

      On order of the Court, the motion for reconsideration of this Court's November 25, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

p0224